**Opinion filed August 24, 2023**



## In The

# Eleventh Court of Appeals

_____

### No. 11-23-00087-CV

_____

### THE STATE OF TEXAS, Appellant

### V.

### $20,800.00 IN U.S. CURRENCY, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV2301025**

### M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's order dismissing the State's cause of action for the civil forfeiture of $20,800 in United States currency seized from Jack Arthur Hicks. *See* TEX. CODE CRIM. PROC. ANN. ch. 59 (West 2018); TEX. R. CIV. P. 91a. The State has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). In its motion, the State asserts that, "[a]fter researching the issues and reviewing the record . . . the State's attorney has determined that pursuing an appeal in this case is not in the interest of justice." As a result, the State requests that we dismiss the appeal.

We grant the State's motion and dismiss the appeal.

W. BRUCE WILLIAMS

JUSTICE

August 24, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.